USDC SCAN INDEX SHEET

















ELC 11/29/00 15:13

3:00-CR-03071 USA V. BELLINO

*1*

*CRINFO.*

NOV 28 2000

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES CARLOS BELLINO,<br><br>Defendant. | ) | Criminal Case No. '00 CR 3071 JM<br><br>I N F O R M A T I O N<br><br>Title 18, U.S.C., Sec. 371 - Conspiracy to Commit Mail Fraud; |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all relevant times herein:

1. The sports and celebrity memorabilia market in the United States is approximately one billion dollars per year. Industry experts estimate that upwards of 50% (and perhaps as much as 90%) of the items comprising this market are counterfeit. Typically, the individuals who traffic in this black market obtain memorabilia containing forged autographs of celebrities, which are then inaccurately certified as genuine.

PLBH:pc
San Diego

2. Autographed sports and celebrity memorabilia frequently consists of either clothing, such as jerseys or shoes; sports equipment, such as bats and balls; pieces of paper (commonly known as "cuts"); musical instruments, record albums, or pictorial items, such as photographs, posters, and trading cards -- all of which bear the purported signature of a professional athlete or celebrity connected in some way with the item of memorabilia.

3. The price of an item of autographed memorabilia depends on a variety of factors. The success and popularity of the individual generally influences the price. In addition, the memorabilia of deceased athletes and celebrities (so-called "vintage memorabilia") typically yields higher prices.

4. Although there are numerous unrelated distributors of counterfeit memorabilia, the majority of counterfeit memorabilia distributed throughout the United States is traceable to a finite number of counterfeiters who supply an enormous amount of high-quality fraudulent sports and celebrity memorabilia. These counterfeiters usually sell the memorabilia (containing forged signatures) to large-scale distributors who supply the items to major retail outlets, other smaller distributors, or directly to the public.

5. Typically, one of the conspirators in the distribution chain obtains a certificate of authenticity attesting to the genuineness of the items containing athlete or celebrity signatures. Sometimes, these certificates are simply prepared by a distributor fraudulently filling out blank forms that he has

mass produced. On other occasions, the distributors utilize other individuals who purport to examine the item and render an "expert" opinion as to the signature's authenticity. Frequently, the authenticators have forensic expertise and claim to (or actually) have scientifically compared the signature on the memorabilia to known examples of the celebrity's handwriting.

6. The role of the authenticator is extremely important to the success of the criminal venture. It is the certificate of authenticity which allows distributors to feign, or maintain, ignorance of the fraudulent nature of the item they are selling. On the few occasions when an unsuspecting buyer discovers the fraud, the seller can claim that he relied on the accuracy of the certificate of authenticity and was unaware of the counterfeit nature of the celebrity's signature contained on the item.

7. On the other hand, the authenticators -- if confronted by an angry buyer -- can always claim that they are not responsible for the fraud and merely gave their best opinion as to whether the signature was genuine. As a rule, the certificates of authenticity expressly state that they merely represent the authenticator's expert opinion and cannot be relied upon as a warranty that the item of memorabilia is, in fact, genuine.

8. Eventually, the counterfeit item enters the stream of legitimate commerce in this country. Once in the legitimate stream of commerce, the item may be sold from a wide variety of different locations. Among the differing venues are: (1) Internet auction sites; (2) numerous mail order businesses and large

retail stores that advertise in various trade publications; (3) upscale franchise stores located in malls and airport concourses around the country; (4) home shopping channels; (5) local shops that specialize in baseball cards or other items of memorabilia; (6) memorabilia shows; (7) movie theaters; and (8) local charity auctions.

9. On some occasions, the ultimate retailer of the counterfeit item may be unaware of its fraudulent nature. However, if the retailer is aware -- or suspects due to the item's price or appearance -- that the memorabilia is counterfeit, he may attempt to disguise the illegal activity by obtaining several genuine items of memorabilia that were actually signed by the celebrity. If confronted by a customer, the seller can tell the customer that the item must be genuine based on the seller's false claim that it was personally obtained from the athlete.

10. In addition, unscrupulous retailers utilize pictures taken with celebrities to promote the sale of counterfeit items claiming that they were signed by a celebrity at the time of the picture. On occasion, retailers will simply get a stock picture of an athlete signing autographs in an attempt to convince the unsuspecting buyer of the item's genuineness.

The Counterfeit Memorabilia Market

11. The market for genuine vintage memorabilia has changed dramatically over the last decade. In the late 1980's, the market consisted of a very limited supply of genuine articles (e.g., vintage balls, checks, old books, letters, and the rare cut).

These items were almost exclusively traded among a select group of collectors through a well-defined network. However, at present, the market is absolutely flooded with tens of thousands of vintage items (including bats, balls, jerseys, helmets, record albums, pictures, magazines, pieces of paper, posters, lithographs, and other items) that are counterfeit.

12. In fact, the current "public" market in vintage memorabilia is largely comprised of forgeries. This market in vintage memorabilia is directly attributable to the special skills of a select group of forgers. Indeed, vintage cuts were almost non-existent prior to these forgers beginning to produce the cuts within the last decade. Today, there are literally thousands of these counterfeit items in retail businesses across the country.

13. The black market is increasingly turning to the Internet in order to facilitate the sale of counterfeit sports and celebrity memorabilia. Attempting to cloak themselves in the anonymity available in cyberspace, black marketeers brazenly offer multiple, high-priced counterfeits from a variety of websites.

14. The current market of non-vintage memorabilia is also characterized by the counterfeiting of the signatures of select athletes and celebrities who command large sums in the open market. In particular demand on the current black market are items signed by Mark McGwire, Sammy Sosa, Ted Williams, Mohammed Ali, John Elway, Joe Montana, Michael Jordan, Kobe Bryant, Mel Gibson and Pamela Anderson Lee.

15. Some of the most popular athletes have started to introduce security procedures in an attempt to frustrate counterfeiters. For example, Michael Jordan entered into an exclusive contract with Upper Deck to sell his autographed items. Therefore, the public is almost guaranteed that any retail item of sports memorabilia purporting to be signed by Jordan is counterfeit -- except for merchandise marketed through Upper Deck. For a number of years, Michael Jordan's contract with Upper Deck has been an exclusive contract that prevents him from selling his autographs to other sources.

16. Similarly, Mark McGwire has refused to sign autographs (for money) for approximately the last decade. As a result, a McGwire signature purchased on the retail market is almost guaranteed to be a forgery.

**COUNT ONE**

17. Beginning at a time unknown to the Government and continuing up to and including October 13, 1999, within the Southern District of California, and elsewhere, defendant JAMES CARLOS BELLINO did knowingly and willfully combine, conspire and agree with numerous others, to utilize the United States Postal Service and other common carriers to defraud consumers and obtain money by means of false and fraudulent pretenses, representations and promises; all in violation of Title 18, United States Code, Section 371.

//

**THE METHODS OF THE CONSPIRACY**

18. As a part of the conspiracy, the coconspirators obtained certificates of authenticity from a number of different authentication services, including Forensic Document Services ("FDS"). These certificates were obtained by the conspirators to disguise the fact that the memorabilia they were selling was counterfeit.

19. As a further part of the conspiracy, James Bellino operated the company Forensic Document Services ("FDS"). In operating the company, Bellino employed the services of Robert Prouty who authenticated both counterfeit and genuine sports and celebrity memorabilia.

20. As a further part of the conspiracy, FDS authenticated counterfeit memorabilia provided by various coconspirators.

**OVERT ACTS**

In furtherance of said conspiracy and to effect the objects thereof, the following overt acts, among others, were committed within the Southern District of California and elsewhere:

1. On or about March 3, 1999, in Orange, California, James Bellino sold a government undercover agent two counterfeit Babe Ruth baseballs (for $6,700). Both of these balls came with FDS certificates of authenticity.

2. On or about March 5, 1999, in Oceanside, California, a government undercover agent received the counterfeit Babe Ruth baseballs inside a UPS package shipped from James C.

Bellino/Jennifer Eridkamp, Field of Dreams, 1155 North Tustin Avenue, Orange, California.

All in violation of Title 18, United States Code, Section 371.

DATED: 9/25/00.

GREGORY A. VEGA
United States Attorney

PHILLIP L. B. HALPERN
Assistant U.S. Attorney